**EXHIBIT A**

**COMMERCIAL CHECK CONTROL**

101 N Orange Ave Ste F    CCCL - 3          (626) 521-9899
West Covina, CA 91790-2087

February 6, 2018



121438 - 5
PERSONAL & CONFIDENTIAL
ANTONIO HOSKINS

RE: NAI 3030 JEWEL OSCO DIVIS
Account Number: ███725-1
Account Balance: $88.96

## NOTICE OF RETURNED CHECK

The BAD CHECK(S) which you gave to our client (shown below) has been assigned to us for collection. The amount owed, which includes return check charges, appears in the box below.

**UNTIL THIS IS RESOLVED, YOUR CHECKS MAY NOT BE APPROVED AT ANY CCC MERCHANT.**

Payment MUST be made to this office, and nowhere else, in order for you to receive credit. If you have paid elsewhere, you must call us immediately. Your returned check and check fee may be re-cleared electronically.

You can now make your payment to us over the Internet. Log on to commercialcheck.com, select payment icon, and follow instructions.

**FOR QUESTIONS REGARDING THIS ACCOUNT, CALL (626) 521-9899.**

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

—Detach And Return With Payment—

**PAYMENT SLIP**



| Account | Client | |
|---|---|---|
| ███725-1 | RE: NAI 3030 JEWEL OSCO DIVIS | |
| Check Amount | Check Charge Interest | Total Amount Due |
| $38.41 | $50.55 | $88.96 |

Make your check or money order payable to:

Commercial Check Control
101 N Orange Ave Ste F
West Covina, CA 91790-2087

ANTONIO HOSKINS

February 6, 2018

3-AL81 (IL)

**EXHIBIT B**

**COMMERCIAL CHECK CONTROL**

101 N Orange Ave Ste F
West Covina, CA 91790-2087

CCCL - 6

(626) 521-9899

March 12, 2018

PERSONAL & CONFIDENTIAL
ANTONIO HOSKINS

121438 - 3

RE: ALBERTSONS
Account Number: 25-25
Account Balance: $89.15

## FINAL NOTICE

We have attempted to collect the check(s) that you have issued assuming that you did not have any CRIMINAL INTENT TO ISSUE CHECKS WITH INSUFFICIENT FUNDS. Since we have had no response, we are reconsidering that assumption and will proceed accordingly.

In most states there are laws that allow for CIVIL PROSECUTION INCLUDING DAMAGES UP TO THREE TIMES THE AMOUNT OF THE CHECK (minimum $100 and maximum $1500 in California). You may wish to contact your attorney for advice.

We report all unpaid balances to EQUIFAX, TRANS UNION and EXPERIAN. NEGATIVE DATA will be put on a national data file which may prevent you from writing future checks at retail stores.

You can now make your payment to us over the Internet. Log on to commercialcheck.com, select payment icon, and follow instructions.

Should you wish to resolve this matter voluntarily, please send the bottom portion of this letter along with your payment in the enclosed envelope.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---Detach And Return With Payment---

**PAYMENT SLIP**



| Account | Client | |
|---|---|---|
| 25-25 | ALBERTSONS | |
| Check Amount | Check Charge Interest | Total Amount Due |
| $38.41 | $50.74 | $89.15 |

Make your check or money order payable to:

Commercial Check Control
101 N Orange Ave Ste F
West Covina, CA 91790-2087

ANTONIO HOSKINS

March 12, 2018

6-3 (IL)